Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

**JS-5  /  JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAERSK LINE, <br><br>  Plaintiff, <br><br> vs. <br><br> UNITED STEEL SUPPLY, INC <br><br>  Defendants. | Case No.  SACV 07-1292 AG (RNBx) <br><br> **IN ADMIRALTY** <br><br> **JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment filed herein:

   IT IS ADJUDGED that Maersk Line recover from United Steel Supply, Inc. the sum of $85,648.41 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:  June 25, 2008

_____
United States District Judge

1